UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEBORAH G. CULOTTA** | * | CIVIL DOCKET |
| VS | * | NO. 10-02946 |
| **SODEXO REMOTE SITES PARTNERSHIP, formerly UNIVERSAL SERVICES, UNIVERSAL OGDEN, UNIVERSAL SERVICES, INC., and UNIVERSAL SODEXO** | | |
| | * | SECTION "I" (1) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SECOND SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW COMES Claimant, DEBORAH G. CULOTTA, and supplements and amends her original and First Supplemental and Amending Complaints as follows:

## JURISDICTION

166.   This Court has jurisdiction over Petitioner's additional claims added by this second amendment under the following statutes:

a.   Age Discrimination in Employment Act of 1967, 29 U.S.C. 621 - 634, for discriminating in employment based on age;

b.   American with Disabilities Act 42 U.S.C. 12101 (12111 - 12117), for discrimination in employment based on disability;

c.   Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991 42 U.S.C. 2000e, et seq., which prohibits discrimination and retaliation in employment based on gender.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

167.   On November 8, 2010, petitioner filed with the EEOC a charge of discrimination based on age, gender and disability, bearing charge number 461-2010-02081, against defendant(s) alleging age, disability and gender discrimination in employment

168.   On April 8, 2011, the EEOC issued a notice of right to sue, and petitioner files these claims within the requisite period of time.

**COUNT V**

169.   Petitioner reiterates, re-alleges and incorporates allegations of previous and subsequent paragraphs.

170.   By committing the intentional and negligent  acts complained of, defendants have violated petitioner's rights under the **ADEA,** Age Discrimination in Employment Act of 1967, 29 U.S.C. 621 - 634, for discriminating in employment based on age.

171.   This and other violations have caused petitioner loss of pay, loss of benefits, great emotional, mental, psychological and physical harm, loss of income, loss of family and loss of enjoyment of life, for which defendants are liable in compensatory, punitive, exemplary, legal, equitable, nominal and all other damages that this Court deems necessary and proper.

**COUNT VI**

172.   Petitioner reiterates, re-alleges and incorporates allegations of previous and subsequent paragraphs.

173. By committing the intentional and negligent  acts complained of, defendants have violated petitioner's rights under the **ADA,** American with Disabilities Act 42 U.S.C. 12101 (12111 - 12117), for discrimination in employment based on disability.

174. This and other violations have caused petitioner loss of pay, loss of benefits, great emotional, mental, psychological and physical harm, loss of income, loss of family and loss of enjoyment of life, for which defendants are liable in compensatory, punitive, exemplary, legal, equitable, nominal and all other damages that this Court deems necessary and proper.

## COUNT VII

175. Petitioner reiterates, re-alleges and incorporates allegations of previous and subsequent paragraphs.

176. By committing the intentional and negligent  acts complained of, defendants have violated petitioner's rights under the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991 42 U.S.C. 2000e, et seq, as amended, for discrimination based on gender.

177. This and other violations have caused petitioner loss of pay, loss of benefits, great emotional, mental, psychological and physical harm, loss of income, loss of family and loss of enjoyment of life, for which defendants are liable in compensatory, punitive, exemplary, legal, equitable, nominal and all other damages that this Court deems necessary and proper.

WHEREFORE, petitioner, DEBORAH G. CULOTTA, prays that this SECOND

Supplemental and Amending Petition be filed and served and, after due proceedings,

there be judgment in her favor and against defendant SODEXO REMOTE SITES

PARTNERSHIP for compensatory, punitive, exemplary, general, legal, equitable,

nominal, and all other damages that this Court deems necessary and proper.

Respectfully Submitted:

_____s/_____
John-Michael Lawrence (8143)
John-Michael Lawrence, LLC
Energy Center - Suite 2900 - PMB 204
1100 Poydras Street
New Orleans, La. 70163-2900
(504) 585-7797 tel
(225) 744-8748 fax
JMLaw122@cox.net